UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **OPELOUSAS HOTEL GROUP LLC** | **CIVIL ACTION NO. 6:18-01311** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DDG CONSTRUCTION INC., ET AL.** | **MAG. JUDGE WHITEHURST** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 206] having been considered, no objections thereto having been filed, and finding that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 167] filed by third party Defendant RiskPro Insurance Agency, LLC is **GRANTED,** and the claims of all parties asserting claims against RiskPro are **DENIED AND DISMISSED WITHOUT PREJUDICE.**

**MONROE, LOUISIANA**, this 20th day of April 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE